UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------- x
James Whitcomb,

                             Plaintiff,

            -against-

Weisman Holding Corporation; Homewood Holding
Company, LLC; Homewood 2nd Site Holding
Company, LLC; Posen Dispensary Holding
Company, LLC; Posen 2nd Site Holding Company,
LLC; Compass Dispensary Holdings, LLC; WCCC,
LLC; and Compass Dispensary Management, LLC,

                            Defendants.

------------------------------------- x

Case No. 1:22-cv-03389

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff James Whitcomb, by and through his undersigned counsel, voluntarily dismisses this action, without prejudice, against Defendants Weisman Holding Corporation, Homewood Holding Company, LLC, Homewood 2nd Site Holding Company, LLC, Posen Dispensary Holding Company, LLC, Posen 2nd Site Holding Company, LLC, Compass Dispensary Holdings, LLC, WCCC, LLC, and Compass Dispensary Management, LLC. Defendants have not filed appearances or an answer in this action.

Dated: July 11, 2022

                                                   /s/ *Lauren E. Aguiar*
                                                   Lauren E. Aguiar (admitted *pro hac vice*)
                                                   One Manhattan West
                                                   New York, NY 10001
                                                   Phone: (212) 735-3000

                                                   Amy Van Gelder
                                                   155 North Upper Wacker Drive
                                                   Chicago, IL 60606
                                                   Phone: (312) 407-0700
                                                   *Attorneys for Plaintiff James Whitcomb*